Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DONALD F. LOFTUS v. W. E. THEATRE CORPORATION, Sued Herein as WEST END THEATRE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER LEHR v. HARRIS SARASON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER LEHR v. HARRIS SARASON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRESCIA CONSTRUCTION COMPANY, INC., v. SURVEL REALTY CORPORATION and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRESCIA CONSTRUCTION COMPANY, INC., v. SURVEL REALTY CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELLIE T. McAVOY, as Executrix, etc., of FRANCIS S. McAVOY, Deceased, v. SIDNEY C. SCHRAMME and Others, and INWOOD LAND & IMPROVEMENT COMPANY, INC., Appellant.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch and Proskauer, JJ.

In the Matter of the Application of RIVERSIDE ST. CLAIR CORPORATION against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, and ELIZABETH REED, as Sole Executrix, etc., of CHARLES H. REED, Deceased, Intervening.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HYMAN J. SIEGELTUCH v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEWIS A. GRAYDON v. NATIONAL SURETY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM BERGMAN v. THE PUBLIC NATIONAL BANK.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERBERT C. ANSORGE and Others v. LOUIS SELBER and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN R. THOMPSON CO., INC., a Domestic Corporation v. HAROLD T. JOYCE.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY J. VALICENTI v. LIBERTY MUTUAL INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM BARTH v. DYAL PRODUCE CORPORATION, a New York Corporation.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE A. HOPKINS v. WILH. GERSIE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, OF LONDON,